# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| GRISELDA MCGEHEE, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3 15 0530 |
| WELLS FARGO BANK, N.A.; DEBORAH MILLER AND DAVID STEVENS | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Stevens
2048 Abingdon Drive
LaVergne, TN 37086

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karla Campbell
Branstetter, Stranch & Jennings, PLLC
227 2nd Avenue North
Fourth Floor
Nashville, TN 37201-1631

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT KEITH THROCKMORTON

Date: MAY - 6 2015

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  _____

was received by me on *(date)* _____

☑ I personally served the summons on the individual at *(place)* SERVED DAVID STEVENS x [signature] 5·11·15 @ 7:58 PM

@ 2048 AbingDon DRive LAVERGNE, TN 37086     on *(date)* 5·11·15 @ 7:58 PM or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5·11·15
@ 7:58 PM

[signature]
*Server's signature*

Luis CARLOS DeLeon
*Printed name and title*

2007 AbingDon DRive LAVERGNE, TN 37086
*Server's address*
(615) 578-7690

Additional information regarding attempted service, etc: