UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRISELDA McGEHEE, et. al., | ) |
| Plaintiff, | ) |
| v. | ) No. 3-15-0530 |
| | ) Senior Judge Haynes |
| WELLS FARGO BANK, N.A., et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 28) to dismiss Plaintiffs' claims against Defendant Deborah Miller for Plaintiffs' failure to serve Defendant Miller in accordance with Fed. R. Civ. P. 4(m). Plaintiffs have not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, and Plaintiffs' claims against Defendant Deborah Miller are **DISMISSED without prejudice.**

It is so **ORDERED**.

**ENTERED** this the 17th day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge