IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRISELDA McGEHEE; MARTHA GARCIA BARAJAS; KENIA AGUILAR; DILCIA AMAYA GOMEZ; and HILDA MARQUEZ VELASQUEZ, | ) ) ) ) ) Civil Action No. 3:15-cv-0530 |
| Plaintiffs, | ) ) ) Judge Haynes |
| v. | ) ) |
| WELLS FARGO BANK, N.A. and DEBORAH MILLER, | ) Magistrate Judge Holmes ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel below and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Griselda McGehee hereby agrees and stipulates that her claims against Defendant Wells Fargo Bank, N.A. in this matter shall be DISMISSED WITH PREJUDICE. The foregoing parties shall bear their own attorney's fees and discretionary costs.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| s/ Karla Campbell w/p J. Longnecker<br>Joe P. Leniski, Jr., Esq.<br>Karla M. Campbell, Esq.<br>Bransetter, Stranch & Jennings, PLLC<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>(615) 254-8801 (telephone)<br>(615) 255-5419 (facsimile)<br><br>*Attorneys for Plaintiff Griselda McGehee* | s/ Joy Boyd Longnecker<br>John Hicks, Esq.<br>Joy Boyd Longnecker, Esq.<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>211 Commerce Street, Suite 800<br>Nashville, TN 37201<br>(615) 726-5600 (telephone)<br>(615) 744-5608 (facsimile)<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |

1

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on March 17, 2016 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt:

Joe P. Leniski, Jr., Esq.
Karla M. Campbell, Esq.
Bransetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
joeyl@bsjfirm.com
karlac@bsjfirm.com

                                              s/ Joy Boyd Longnecker
                                              Joy Boyd Longnecker