IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRISELDA MCGEHEE, MARTHA GARCIA BARAJAS, KENIA AGUILAR, DILCIA AMAYA GOMEZ, and HILDA MARQUEZ VELASQUEZ, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A. and DEBORAH MILLER, <br><br> Defendant. | No. 3:15-cv-00530 <br> Senior Judge Haynes |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice of the remaining Plaintiff, Griselda McGehee's, claims against Defendant Wells Fargo Bank, N.A. (Docket Entry No. 33). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the claims by this Plaintiff are **DISMISSED with prejudice**. The foregoing parties shall bear their own attorneys' fees and discretionary costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _18th_ day of March, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge